IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD JARAMILLO,

    Plaintiff,

v.                                                  CIV 16-0780 JCH/KBM

BENJAMIN E. THOMAS,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on October 3, 2016 (*Doc. 12*). The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. *Id.* at 9. The parties' objections were due on October 20, 2016. To-date, neither party has filed any objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 12*) is ADOPTED;

2. Defendant's Motion to Dismiss for Lack of Jurisdiction (*Doc. 4*) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE